# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Alonso Barajas-Contreras

CRIMINAL COMPLAINT
CASE: 17-27124M
Citizenship: MEXICO

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about September 10, 2017, at or near Douglas, Arizona, in the District of Arizona, Alonso BARAJAS-Contreras, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on September 12, 2014, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b) (1). COUNT 2: On or about September 10, 2017, at or near Douglas, Arizona, in the District of Arizona, Alonso BARAJAS-Contreras, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Alonso BARAJAS-Contreras is a citizen of Mexico. On September 12, 2014, Alonso BARAJAS-Contreras was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California . On September 10, 2017, agents found Alonso BARAJAS-Contreras in the United States at or near Douglas, Arizona. Alonso BARAJAS-Contreras did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about September 10, 2017, agents found Alonso BARAJAS-Contreras in the United States of America at or near Douglas, Arizona without the proper immigration documents. Furthermore, Alonso BARAJAS-Contreras admitted to illegally entering the United States of America from Mexico on or about September 10, 2017, at or near Douglas, Arizona at a time and place other than designated by immigration officials.

File Date: 09/11/2017

at Tucson, Arizona

John OConnor, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 09/11/2017

**Lynnette C. Kimmins**
**United States Magistrate Judge**